FILED
2026 Sep-22 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BRENDA YADIRA GAMEZ-CASTANEDA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No.: 7:25-cv-01492-ACA-JHE** |
| **v.** | ) | |
| | ) | |
| **WARDEN BORDEN,** | ) | |
| | ) | |
| **Respondent.** | | |

**MEMORANDUM OPINION**

Petitioner Brenda Yadira Gamez-Castaneda filed a petition for a writ of habeas corpus challenging the Bureau of Prison's application of the First Step Act ("FSA") and the Second Chance Act ("SCA") to her confinement. (Doc. 1). The magistrate judge entered a report and recommendation (doc. 11), recommending that the petition for writ of habeas corpus be dismissed with prejudice. The magistrate judge informed Ms. Gamez-Castaneda that she could object to his report. (Doc. 11). No objections have been filed, and the deadline to do so has passed.

After careful consideration of the complete record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DENIES** the petition for writ of habeas corpus. The court **DISMISSES** Ms. Gamez-Castaneda's SCA claim **WITHOUT PREJUDICE** and **DISMISSES** her FSA claim **WITH PREJUDICE**.

The court will enter a final judgment consistent with this memorandum opinion.

**DONE** and **ORDERED** this September 22, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE